1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED
TECHNOLOGIES, LLC,

    Plaintiff,

    v.

LG ELECTRONICS, INC. AND
LG ELECTRONICS U.S.A., INC.,

    Defendants.

Case No. 8:20-cv-00125-JVS (DFM)

**ORDER ON STIPULATION TO
DISMISS CASE WITH
PREJUDICE [50]**

Complaint Filed:  Jan. 21, 2020

ORDER
CASE NO. 8:20-cv-00125-JVS-DFM

1    Before the Court is Plaintiff Polaris PowerLED Technologies, LLC

2    ("Polaris") and Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.'s

3    (collectively, "LG") Joint Stipulation to Dismiss ("Stipulation to Dismiss") (Dkt.

4    No. 50). The Court therefore **ORDERS** that:

5        1.  all claims, counterclaims, and defenses in the above-captioned action

6           styled *Polaris PowerLED Technologies, LLC v. LG Electronics, Inc. and*

7           *LG Electronics U.S.A., Inc.*, Case No. 8:20-cv-00125-JVS (the

8           "Litigation") are **DISMISSED WITH PREJUDICE**; and

9        2.  all attorneys' fees, costs of court, and other expenses incurred in the

10          Litigation shall be borne by each party incurring the same.

11    This Order disposes of all parties and claims in this case. The Clerk is

12    directed to **CLOSE** the above-captioned case.

14    **IT IS SO ORDERED.**

16    Dated:  February 22, 2023

17    Honorable James V. Selna
         U.S. District Court Judge

ORDER
CASE NO. 8:20-cv-00123-JVS-DFM